**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


LALISHA BARROW,                   :
                                : CIVIL ACTION
        Plaintiff           :
                                  :
    vs.                    : NO. 20-CV-3628
                                  :
TRANS UNION, LLC,           :
                                  :
        Defendant         :


# O R D E R


AND NOW, this   9th   day of April, 2021, upon consideration of Defendant's Motion for Judgment on the Pleadings (Doc. No. 16), Plaintiff's Response in Opposition thereto with Partial Cross-Motion for Judgment on the Pleadings Re: Accuracy or, in the Alternative to Amend the Complaint (Doc. Nos. 19 and 20) and Defendant's Reply in Support and Opposition to Plaintiff's Cross-Motions (Doc. No. 25), it is hereby ORDERED that the Parties' Motions are DENIED for the reasons outlined in the preceding Memorandum Opinion.


                                 BY THE COURT:


                                 s/ J. Curtis Joyner

                                 _____
                                 J. CURTIS JOYNER,      J.

25